IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASHA GOEL<br>7146 Wedmore Court<br>Hanover, MD 21076<br><br>    Plaintiff<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA<br>P.O. Box 9548<br>Portland, ME 04104-5058<br><br>Serve:<br>Al Redmer, Jr.<br>Insurance Commissioner for the State of Maryland<br>200 St. Paul Place<br>Suite 2700<br>Baltimore, MD 21202-2272<br><br>    Defendant | *<br>*<br>*<br>*<br>*<br>*   No.:<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## COMPLAINT

Now comes the Plaintiff, Asha Goel, by and through her attorney, Keith R. Siskind and the Law Offices of Steinhardt, Siskind and Associates, LLC, and files this Complaint against the Defendant, and in furtherance thereof states as follows:

### Jurisdiction

1. That this Court has jurisdiction over the parties of this cause of action pursuant to Title 28 USC, §1332 and 29 USC, § 1132 (e).

2. That the ERISA statute provides, at 29 USC, § 1133, a mechanism for administrative or internal appeal of benefit denials. Those avenues of appeal are now exhausted.

3. That this Court has jurisdiction of the subject matter as the long term disability plan

1

issued by the Defendant to the Plaintiff's employer, Baja Fresh of Maryland, LLC, is a qualified Employee Welfare Benefit Plan regulated by the Employment Retirement Security Act of 1974, 29 USC, § 1001, et seq.

## Venue

4. That venue of this action lies in the United States District Court for the District of Maryland under 29 USC, § 1132(e)(2), 28 USC, § 1391, in that the Plaintiff resides in the State of Maryland, is employed in the State of Maryland, and the cause of action arose in the State of Maryland.

## The Parties

5. That the Plaintiff, Asha Goel, is an individual, a citizen of the state of Maryland, residing at 7146 Wedmore Court, Hanover, MD 21076.

6. That the Defendant, UNUM, entered into a contract of insurance with the Plaintiff's employer, Baja Fresh of Maryland, LLC, to provide long term disability benefits to its employees.

## Statement of Facts

7. That the Plaintiff was employed as an Operations Manager for Baja Fresh of Maryland, LLC.

8. That the Plaintiff is presently 62 years of age. The Plaintiff suffers from multiple medical issues including but not limited to osteoarthritis, left shoulder impingement, lumbago, bilateral knee arthritis requiring knee replacement surgery.

9. That Plaintiff ceased working as of May 21, 2013 and was paid short term disability benefits.

10. That on December 26, 2013 the Defendant forwarded a letter to the Plaintiff denying Plaintiff's claim for long term disability benefits. **See Exhibit 1.**

11. That on December 26, 2013 the Plaintiff filed an appeal on her own behalf. **See Exhibit 2.**

12. That on May 2, 2014 the Defendant forwarded a letter to the Plaintiff upholding its initial decision to deny Plaintiff's claim for long term disability benefits. This represented a final decision exhausting the Plaintiff's administrative remedies. **See Exhibit 3.**

13. That pursuant to the Defendant's long term disability plan the definition of disability is as follows:

    *You are disabled when UNUM determines that:*
    - *you are limited from performing the material and substantial duties of your regular occupation due to your sickness or injury; and*
    - *you have a 20% or more loss in your indexed monthly earnings due to the same sickness or injury.*

14. That the Plaintiff contends that the Defendant failed to conduct a full and fair review and that the decision to deny long term disability benefits to the Plaintiff was unreasonable and not supported by substantial evidence. In particular, the Defendant determined that based upon an occupational review Plaintiff's occupation most closely resembled a District Manager position which was a light level occupation. The medical documentation consistently shows that Plaintiff is not capable of performing this type of occupation.

15. That the Plaintiff has submitted sufficient evidence to document a disability. The documentation contained in the Administrative Record supports the fact that Plaintiff is precluded from performing the material and substantial duties of her regular occupation. The Plaintiff therefore contends that the decision to deny Plaintiff's claim for long term disability benefits was arbitrary, illegal, capricious, unreasonable, discriminatory, and not made in good faith.

16. That as a direct and proximate result of the aforesaid actions the Defendant is in breach of its agreement to provide long term disability benefits pursuant to the plan.

17. That as a direct and proximate result of the actions of the Defendant the Plaintiff has sustained damages in the amount of 60% of her monthly earnings. Plaintiff is eligible for long term disability benefits from August 23, 2013. Plaintiff was earning an average weekly wage of $ 1,578.95 which translates to a monthly long term disability benefit of $ 4,105.27, which is 60% of Plaintiff's pre-disability earnings. From August 22, 2013 through October 22, 2015 Plaintiff is owed 26 months of long term disability benefits in the amount of $ 106,737.02. Thereafter, Plaintiff is eligible for continuing long term disability benefits until her normal retirement age of 66.

18. That as a direct and proximate result of the Defendant's actions the Plaintiff has been caused to incur attorney's fees and costs in an amount not now known to the Plaintiff.

WHEREFORE, the Plaintiff prays for the following relief:

    a.    That this Court order the Defendant to pay the Plaintiff all long term disability benefits due to the Plaintiff under the plan, said benefits beginning as of August 22, 2013;

b. Granting the Plaintiff a monetary judgment against the Defendant for all amounts due and owing;

c. That the Court award Plaintiff her attorney's fees pursuant to 29 U.S.C. § 1132; and

d. For any and all other relief to which the Plaintiff may be entitled or the nature of this cause of action may require.

_____/s/_____
Keith R. Siskind, Esquire
Steinhardt, Siskind and Associates, LLC
808 Landmark Drive, Suite 227
Glen Burnie, MD 21061
410-766-7630
Attorney for Plaintiff
Trial Bar # 04415