UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ASHA GOEL | * |
| Plaintiff | * |
| vs. | *    Civil Action No.: 1:15-cv-03449-JFM |
| UNUM LIFE INSURANCE COMPANY OF AMERICA | * |
| | * |
| Defendant | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is stipulated and agreed by and between the parties that all claims in the above captioned case are hereby dismissed with prejudice.

_/s/ Keith R. Siskind, Esquire_
Keith R. Siskind, Esquire
Steinhardt, Siskind and Associates, LLC
808 Landmark Drive, Suite 227
Glen Burnie, MD 21061
410-766-7630
krs@steinhardtlawfirm.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February, 2016 a copy of the aforegoing Stipulation of Dismissal with Prejudice was sent via email to Ann Courtney, Esquire (acourtney@unum.com).

_/s/ Keith R. Siskind, Esquire_
Keith R. Siskind, Esquire

The foregoing Stipulation is hereby approved on this _____ day of _____, 2016.

_____
Marvin J. Garbis
United States District Judge

1